PROB 12A
(04/02)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLORADO

## Report on Offender under Supervision

| | |
|---|---|
| Name of Offender: William M. Rogers, Jr. | Case Number: 12-cr-00166-WJM-01 |
| Name of Assigned Judicial Officer: William J. Martinez | |
| Date of Original Sentence: March 11, 2013 | |
| Original Offense: Tax Evasion | |
| Date Supervision Commenced: July 5, 2013 | Date Supervision Expires: July 4, 2016 |

## Report on Conduct and Condition of Offender and Proposed Action

The defendant's current supervision for tax evasion represents his only violation of the law in his 71 years. Following his recent successful completion of 5 months of electronic home confinement, he returned to working as a contracted pilot. Due to the nature of this work, he is unable to provide much notice prior to his various flight assignments, and he advises that he is sometimes hired to fly in and out of Cabo, Mexico. We do not see any risk factors associated with this work-related travel. Please advise if Your Honor concurs with the Probation Office approving the defendant's travel to Mexico on an ongoing basis for the limited purpose of his employment.

Respectfully submitted,

*s/Edward C. Gadden*
Edward C. Gadden
Probation Officer
Date: February 4, 2014

Approved:

*s/Richard Vaccaro*
Richard Vaccaro
Supervising Probation Officer

☑ I Concur with the Proposed Action
☐ Submit a Request for Modification of the Condition(s) of Supervision
☐ Submit a Request for Warrant or Summons
☐ Schedule a Compliance Review Hearing
☐ Other:

_____
Signature of Judicial Officer

6 Feb 2014
_____
Date